UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATT JONES, BRYSON DECHAMBEAU, PETER UIHLEIN, and LIVE GOLF, INC.,<br><br>　　　　Plaintiffs,<br>　　v.<br>PGA TOUR, INC.,<br>　　　　Defendant.<br>_____<br>PGA TOUR, INC.,<br>　　　　Counter-Claimant,<br>　　v.<br>LIV GOLF, INC., PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, and HIS EXCELLENCY YASIR OTHMAN AL-RUMAYYAN,<br>　　　　Counter-Defendants. | Case No. 22-cv-04486-BLF<br><br>**ORDER TO SHOW CAUSE WHY CASE NUMBER 22-mc-80336-BLF SHOULD NOT BE TERMINATED AS DUPLICATIVE** |
| PGA TOUR, INC.,<br>　　　　Plaintiff,<br>　　v.<br>PUBLIC INVESTMENT FUND OF THE KINGDOM OF SAUDI ARABIA, and HIS EXCELLENCY YASIR OTHMAN AL-RUMAYYAN,<br>　　　　Defendants. | Case No. 22-mc-80336-BLF |

　　　　The parties are hereby ordered to show cause whether there is any reason that the miscellaneous action *PGA TOUR, Inc. v. Public Investment Fund of the Kingdom of Saudi Arabia, et al.*, No. 22-mc-80336-BLF, should not be terminated. The only substantive motion filed in the miscellaneous case was re-filed in the main action, *Jones, et al. v. PGA TOUR, Inc.*, No. 22-cv-

04486-BLF, and has been ruled on in the main action.  Accordingly, the miscellaneous action appears to be entirely duplicative of the main action.

Each party or set of parties shall file a written response to this Order to Show Cause by March 20, 2023.  The written responses shall be limited to 2 pages.

IT IS SO ORDERED.

Dated:  March 16, 2023

_____
BETH LABSON FREEMAN
United States District Judge

2